# HOFMANN & SCHWEITZER

COUNSELLORS AT LAW AND PROCTORS IN ADMIRALTY
212 West 35th Street, 12th Floor
NEW YORK, NY 10001
Telephone: (212) 465-8840

PAUL T. HOFMANN*  
TIMOTHY F. SCHWEITZER*  
_____

DARIO ANTHONY CHINIGO*  
NICOLE VERA*†

*Also Admitted in NJ  
† Also Admitted in FL

Fax: (212) 465-8849  
Fax: (844) 570-8674

E-MAIL: INFO@HOFMANNLAWFIRM.COM  
WEB PAGE: WWW.HOFMANNLAWFIRM.COM

NEW JERSEY OFFICE:  
1130 ROUTE 202 SOUTH, SUITE A7  
RARITAN, NJ 08869  
(908) 393-5662

Writer's Email:  
timothyschweitzer@hofmannlawfirm.com

April 15, 2024

Via ECF

Honorable Nina Gershon  
United States District Judge  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 11201

Re: Drum v. The County of Nassau  
2:20-cv-05132 (NG)(JMW)

Dear Judge Gershon:

Our office represents the plaintiff in the above-referenced matter and we write to inquire regarding the status of Defendant's motion for summary judgment and Plaintiff's cross-motion for summary judgment that were fully submitted on April 24, 2023.

The reason for the request is that this case was transferred to Your Honor after the motions were fully submitted and I was concerned that the pending motions may have been overlooked in the transfer of the docket.

Thank you for your consideration and courtesies.

Respectfully submitted,

HOFMANN & SCHWEITZER

TFS/gh

By: _____  
Timothy Schweitzer

c: Brian S. Sokoloff. Esq.  
Mr. Eugene Drum