# HOFMANN & SCHWEITZER

COUNSELLORS AT LAW AND PROCTORS IN ADMIRALTY
212 West 35th Street, 12th Floor
NEW YORK, NY 10001
Telephone: (212) 465-8840

PAUL T. HOFMANN*
TIMOTHY F. SCHWEITZER*
_____

DARIO ANTHONY CHINIGO*
NICOLE VERA*†

* Also Admitted in NJ
† Also Admitted in FL

Fax: (212) 465-8849
Fax: (844) 570-8674

E-MAIL: INFO@HOFMANNLAWFIRM.COM
WEB PAGE: WWW.HOFMANNLAWFIRM.COM

NEW JERSEY OFFICE:
1130 ROUTE 202 SOUTH, SUITE A7
RARITAN, NJ 08869
(908) 393-5662

Writer's Email:
Timothyschweitzer@hofmannlawfirm.com

January 28, 2025

Via ECF

Honorable Nina Gershon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   Drum v. The County of Nassau
      2:20-cv-05132 (NG)(JMW)

Dear Judge Gershon:

     As you may recall our office represents the plaintiff in the above-referenced matter and I write on behalf of both parties to respectfully request that we be referred to Magistrate Judge Wicks for a Settlement Conference.

     Thank you for your consideration and courtesies.

Respectfully submitted,

HOFMANN & SCHWEITZER

By: _____
     Timothy Schweitzer

TFS/gh

cc (via ECF):

Brian S. Sokoloff. Esq.
Sokoloff Stern, LLP
179 Westbury Avenue
Carle Place, NY 11514