

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516) 334-4500   FAX (516) 334-4501   WWW.SOKOLOFFSTERN.COM

BRIAN S. SOKOLOFF
BSOKOLOFF@SOKOLOFFSTERN.COM

November 17, 2025

Hon. James M. Wicks
United States District Court
100 Federal Plaza
Central Islip, NY 11722

*BY ECF*

Re:    *Drum v. The County of Nassau*
       Docket No. 20-cv-5132 (NG)(JMW)
       File No. 210165

Dear Judge Wicks:

We represent Defendant County of Nassau. The County Executive conveyed authority to settle this matter. It then went before a committee of the Nassau County Legislature on November 10, 2025, and the committee approved the settlement. There is a last step, which is approval by the full Legislature. The County Attorney's Office advises me that it is scheduled before the full Legislature on November 24, 2025, at which time there will be a resolution enabling the County Attorney to pay the agreed-upon settlement. I do not expect there to be any problems with the full Legislature.

I spoke to Plaintiff's counsel, Timothy Schweitzer, and conveyed this information to him. We agreed to leave it to the Court to decide whether to close the case on the docket. I told Mr. Schweitzer – and I will repeat here on the record – that, if the Court chooses to close the case on the docket, I will consent to restore it should there be any problem with the Legislature's approval, which I do not expect. If the Court chooses to keep the case open, I expect us to file a stipulation by the end of this month.

This is the first time I have been through this process with the Legislature, and I apologize it has taken longer than I expected.

LONG ISLAND    ▪    HUDSON VALLEY

SOKOLOFF STERN LLP

Hon. James W. Wicks
November 17, 2025
Page 2 of 2

      Thank you for your consideration of this matter.

                                                  Very truly yours,

                                                  SOKOLOFF STERN LLP

                                                  Brian S. Sokoloff

BSS/--
cc:     All parties

        *BY ECF*